15 So.2d 921

**Woodrow, alias Skeet, BROWN v. STATE.**

4 Div. 771.

Court of Appeals of Alabama.
Nov. 9, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

18 So.2d 115

**Richard BROWNING (alias Brown, etc.) v. STATE.**

2 Div. 729.

Court of Appeals of Alabama.
April 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

12 So.2d 869

**Stacy BUNN, Jr., v. STATE.**

6 Div. 952.

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

14 So.2d 912

**Stacey BUNN, Jr., alias Pat, v. STATE.**

6 Div. 902.

Court of Appeals of Alabama.
May 11, 1943.

Rehearing Denied May 25, 1943.

Stacey Bunn, Jr., pro se.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

11 So.2d 879

**Hobson BURCHFIELD v. STATE.**

6 Div. 922.

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

17 So.2d 183

**Allen BURNETT v. STATE.**

7 Div. 752.

Court of Appeals of Alabama.
Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.